1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14

15  DARRYL W. DUNCAN,                    ) CV 12-10476-ODW (SH)
                                        )
16                       Petitioner,    ) ORDER ACCEPTING REPORT AND
                                        ) RECOMMENDATION OF UNITED
17                                      ) STATES MAGISTRATE JUDGE
                                        )
18          v.                          )
                                        )
19  CONNIE GIPSON,                      )
                                        )
20                       Respondent.    )
   _____)
21

22          Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the

23  Petition, all of the records and files herein and the attached Report and

    Recommendation of the United States Magistrate Judge, and has made a de novo

24  determination of the Report and Recommendation.  The Court concurs with and

25  accepts the conclusions of the Magistrate Judge.

26          IT IS ORDERED that the Petition filed herein is denied and the action is

27  dismissed with prejudice.

28

1

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 16, 2013

_____
OTIS D. WRIGHT, II.
UNITED STATES DISTRICT JUDGE