UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DARRYL W. DUNCAN,<br><br>        Petitioner,<br><br>  v.<br><br>CONNIE GIPSON,<br><br>        Respondent. | CV 12-10476-ODW (SH)<br><br>JUDGMENT |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: December 16, 2016

*/s/ Otis D. Wright*

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE